**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| GARY DEAN BOONE, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:09-cv-221-WTL-TAB |
| | ) | |
| H. J. MARBERRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

A motion pursuant to Rule 60(b) must be based on a specific, authorized circumstance and not based on a general plea for relief. *United States v. Deutsch,* 981 F.2d 299, 301 (7th Cir. 1992). Because the latter is all petitioner Boone offers in his most recent motion for relief from judgment (dkt 17), that motion is **denied**.

**IT IS SO ORDERED.**

Date:   04/09/2010

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Gary Dean Boone
Reg No  94865-071
U S Penitentiary
P O Box 33
Terre Haute, IN 47808